**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

**CASE NO.:**

ALEXANDER BAYONNE STROSS,

        Plaintiff,

v.

HARVEY GOODMAN PROPERTY
MANAGEMENT LLC, J. & J., L.L.P. DBA
HARVEY GOODMAN REALTOR, EMILY
GOODMAN, AND JOHN SAMBUCO,

        Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

    Plaintiff ALEXANDER BAYONNE STROSS by and through his undersigned counsel,

brings this Complaint against Defendants HARVEY GOODMAN PROPERTY

MANAGEMENT LLC, J. & J., L.L.P. DBA HARVEY GOODMAN REALTOR, EMILY

GOODMAN, AND JOHN SAMBUCO for damages and injunctive relief, and in support thereof

states as follows:

**SUMMARY OF THE ACTION**

    1.    Plaintiff ALEXANDER BAYONNE STROSS ("Stross") brings this action for

violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute

Stross' original copyrighted Works of authorship.

    2.    Stross is the owner and principal photographer of Stross Stock.  After traveling

the world with his camera, creating thousands of high-quality photographs, the natural next step

was to offer the public means to license his Work.  Each photo on Stross Stock is shot with top-

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

quality equipment, thoughtfully produced, hand selected, and tastefully edited before being made available to the public.

3.    Stross is a native of Austin, Texas, and watched the small city grow and develop into an urban hot spot.  This served as his inspiration to become a photographer, centering his expertise on complicated architectural photography and landscape photography.  In 2016, Stross was nominated and accepted as a professional member of the American Society of Media Photographers, which is a high honor.  Stross received a B.S. in Computer Science at the University of Texas at Austin and has since combined his love for the photographic arts and computer science by building an online system to help protect artists' works on the internet.

4.    Defendant J. & J., L.L.P. dba Harvey Goodman Realtor ("JJHGR") is  a real estate brokerage company. Upon information and belief, Harvey Goodman Relator is the dba name for a businesses operating under the Harvey Goodman Realtor name and family of real estate businesses

5.    Defendant HARVEY GOODMAN PROPERTY MANAGEMENT LLC ("HGPM") is a property management and leasing company, and part of the.   At all times relevant herein, HGPM owned and operated the internet website located at the URL www.harveyrentals.com (the "Website"). On the Website, Defendant HGPM is also is referred to under the  dba alias as "Harvey Goodman Realtor."  .

6.    Upon information and belief, Defendant EMILY GOODMAN ("Goodman") is the owner and/or controlling manager of J. & J., L.L.P. DBA HARVEY GOODMAN REALTOR.

7.     Upon information and belief, Defendant JOHN SAMBUCO ("Sambuco") is the owner and/or controlling manager of HARVEY GOODMAN PROPERTY MANAGEMENT, LLC.

8.     Defendants HGPM, JJHGR, Goodman, and Sambuco are collectively referred to herein as "Defendants."

9.     Stross alleges that Defendants copied Stross' copyrighted Works from the internet in order to advertise, market and promote Harvey Goodman Realtor's business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' real estate business.

## JURISDICTION AND VENUE

10.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

11.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

12.     Defendants are subject to personal jurisdiction in Ohio.

13.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

14.     Harvey Goodman Property Management LLC is an Ohio Limited Liability Company, with its principal place of business at 250 W Main Street A, Saint Clairsville, OH 43950, and can be served by serving its Registered Agent, JR Shortall, 67878 Cumberland Drive, Saint Clairsville, OH 43950.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

15.     J. & J., L.L.P. dba Harvey Goodman Realtor is an Ohio Limited Liability Partnership, with its principal place of business at 250 W Main Street, Saint Clairsville, OH 43950, and can be served by serving its Registered Agent, J. & J., L.L.P., 250 W Main Street, Saint Clairsville, OH 43950.

16.     Emily Goodman is an individual residing in Belmont county, state of Ohio, and can be served at 67878 Cumberland Drive, Saint Clairsville, OH 43950.

17.     John Sambuco is an individual residing in Belmont county, state of Ohio, and can be served at 160 Greentree Drive, Saint Clairsville, OH 43950.

## THE COPYRIGHTED WORKS AT ISSUE

18.     The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, one of which is shown below, and which are referred to herein as the "Works."  Copies of the Works are attached hereto as Exhibit 1.  A copy of the Registration Certificate is attached hereto as Exhibit 2.

| Copyright Title | Registration Number | Registration Issue Date |
|---|---|---|
| Ilano-Exit-Strategy-2 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-5 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-7 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-8 | VAu 1-089-810 | 2/20/2012 |

| | | |
|---|---|---|
| Ilano-Exit-Strategy-10 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-18 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-19 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-22 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-24 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-25 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-26 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-28 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-29 | VAu 1-089-810 | 2/20/2012 |
| Ilano-Exit-Strategy-31 | VAu 1-089-810 | 2/20/2012 |

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK



19.     Stross' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20.     At all relevant times Stross was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANTS

21.     Defendants have never been licensed to use the Works at issue in this action for any purpose.

22.     On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendants copied the Works.

23.     On or about March 2, 2021, Stross discovered the unauthorized use of his Works on the Website. The Works were posted in a April 28, 2020 blog post on the Website titled *Welcome to "Bestie Row": Lifelong Friends Build Row Of Tiny Homes In The Middle Of Nowhere.*, posted by "goodman-admin"

24.     Defendants copied Stross' copyrighted Works without Stross' permission.

25.     After Defendants copied the Works, they made further copies and distributed the Works on the internet to promote the sale of goods and services as part of their usual business practices.

26.     Defendants copied and distributed Stross' copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

27.     Stross' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

28.     Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 3.

29.     Stross never gave Defendants permission or authority to copy, distribute or display the Works at issue in this case.

30.     Stross notified Defendants of the allegations set forth herein on March 11, 2021 and .  To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

31.     Stross incorporates the allegations of paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32.     Stross owns valid copyrights in the Works at issue in this case.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

33.    Stross registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

34.    Defendants copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Stross' authorization in violation of 17 U.S.C. § 501.

35.    Defendants performed the acts alleged in the course and scope of its business activities.

36.    Defendants' acts were willful.

37.    Stross has been damaged.

38.    The harm caused to Stross has been irreparable.

WHEREFORE, the Plaintiff Alexander Bayonne Stross prays for judgment against the Defendants Harvey Goodman Property Management LLC, J. & J., L.L.P. dba Harvey Goodman Realtor, Emily Goodman, and John Sambuco that:

    a.    Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b.    Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

    c.    Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Plaintiff be awarded pre- and post-judgment interest; and

    e.    Plaintiff be awarded such other and further relief as the Court deems just and proper.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: November 16, 2022                    Respectfully submitted,


*/s/John D. Gugliotta*
JOHN D. GUGLIOTTA
Ohio Bar Number: 62809
johng@inventorshelp.com

**GUGLIOTTA & GUGLIOTTA, LPA**
3020 West Market Street
Fairlawn, OH  44333
330.253.2255 – Telephone
330.253.6658 – Facsimile


*Counsel for Plaintiff Alexander Bayonne Stross*